United States District Court
Southern District of Texas
**ENTERED**
March 02, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION**

| | |
|---|---|
| **BENITO LOPEZ MENDEZ,** § <br> Petitioner, § <br> § <br> v. § <br> § <br> **KRISTI NOEM,** *et al.*, § <br> Respondents. § | **Civil Action No.** 1:26-cv-094 |

### ORDER

The Court has reviewed the Fifth Circuit's decision in *Buenrostro-Mendez v. Bondi*, No. 25-20496, 2026 WL 323330 (5th Cir. 2026). The Court views the Fifth Circuit's opinion as precluding Petitioner Benito Lopez Mendez's claims based on the application of 8 U.S.C. §§ 1225 and 1226.

**ACCORDINGLY**, it is **ORDERED** that all deadlines and hearings are hereby **CANCELED.**

It is **FURTHER**, **ORDERED** that, by no later than **March 16, 2026**, Petitioner shall file a Statement explaining why the Fifth Circuit's decision in *Buenrostro-Mendez* does not result in denial of his Petition.

If the Petitioner does not timely file a Statement or fails to show how *Buenrostro-Mendez* does not result in denial of his claims, the Court will deny the Petition and dismiss this case.

**SIGNED** on this **2nd** day of **March, 2026**, at Brownsville, Texas.

_____
**Ignacio Torteya, III**
**United States Magistrate Judge**